IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **In re:** <br><br> **LEGAL XTRANET, INC., d/b/a ELUMICOR,** <br><br> Debtor. | § § § § § § § § | **Case No. 11-51042-LMC** <br><br> (Chapter 11) |
| **LEGAL XTRANET, INC. d/b/a ELUMICOR,** <br><br> Plaintiff, <br> v. <br><br> **AT&T MANAGEMENT SERVICES, L.P. f/k/a SBC MANAGEMENT SERVICES, L.P.,** <br><br> Defendant. | § § § § § § § § § § § § | **ADV. NO. 11-05042-LMC** |

SA11MC0413FB

**ORDER GRANTING AT&T MANAGEMENT SERVICES, L.P.'S
MOTION TO WITHDRAW THE REFERENCE**

The Court considered the Motion to Withdraw the Reference (the "**Motion**") filed by AT&T Management Services, L.P. ("**AT&T**") and has determined that the Motion is well taken and should be GRANTED. It is therefore,

**ORDERED** that the reference of the above-captioned adversary proceeding is hereby withdrawn and that the above captioned action be heard as a civil action in this Court.

Dated: _____, 2011

_____
UNITED STATES DISTRICT JUDGE